UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:19-cv-07112-VSB

SID AVERY AND ASSOCIATES, INC.
DBA MPTV IMAGES,

      Plaintiff,

v.

PARALLEL BAR INC. DBA THE SUMMIT BAR, HAMID RASHIDZADA, AND GREG SEIDER,

      Defendants.

---

*The Order to Show Cause hearing scheduled for Thursday February 20, 2020, is adjourned to March 13, 2020 at 11:30 a.m.*

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK  2/18/2020
UNITED STATES DISTRICT JUDGE

## MOTION FOR ADJOURMENT

Plaintiff SID AVERY AND ASSOCIATES, INC. DBA MPTV IMAGES by and through its undersigned counsel, hereby moves this Honorable Court for an Adjournment Hearing on Default scheduled for February 2020, at the Court's Convenience after March 1, 2020, and as grounds therefore states as follows:

1. Plaintiff's Counsel Joseph A Dunne will be traveling and in Florida on February 20. 2020.

2. Defendant has failed to appear in this case, and has likewise failed to respond to the Court's January 20, 2020 Order to Show Cause.

3. Plaintiff requests adjournment until after March 1, 2020, at the Court's convenience.

4. In the alternative, in the light of the Statutory Damages nature of this case, Plaintiff respectfully submits that the entire Default Motion would be properly done on paper,

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FLORIDA 33433

and that a hearing is not needed, unless the court find a hearing necessary after reviewing Plaintiff's Damages submissions and request.  Accordingly, Plaintiff request that its request for Clerk's Default be granted, and upon issuance of the Clerk's Default, Plaintiff be provided three (3) weeks to submit a full Default Motion, and damage request.

  WHEREFORE, Plaintiff SID AVERY AND ASSOCIATES, INC. DBA MPTV IMAGES prays this Honorable Court for the adjournment of the February 20, 2020 Hearing.

DATED: February 16, 2020    Respectfully submitted,

    */s/ Joseph A. Dunne*
    JOSEPH A. DUNNE (JD0674)
    NY Bar Number:  4831277
    joseph.dunne@sriplaw.com

    **SRIPLAW**
    125 Maiden Lane
    Suite 5C
    New York, NY  10038
    929.200.8446 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Sid Avery and Associates, Inc. dba MPTV Images*

3

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 16, 2020, a true and correct copy of the foregoing document was served by electronic mail to all parties listed below on the Service List.

/s/ *Joseph A. Dunne*
JOSEPH A. DUNNE

## SERVICE LIST

Parallel Bar Inc. dba The Summit Bar
133 Avenue C
New York, NY 10009
thesummitbar@gmail.com
Pro Se

*Hamid Rashidzada*
*133 Avenue C*
*New York, NY 10009*
*hamid43@gmail.com*
*Pro Se*

Greg Seider
hamid43@gmail.com
Pro Se