UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
SID AVERY AND ASSOCIATES, INC.,     :
          :
          Plaintiff,  :
          :      19-CV-7112 (VSB)
       -against-  :
          :      **ORDER**
PARALLEL BAR INC., HAMID      :
RASHIDZADA, GREG SEIDER,      :
          :
          Defendants.  :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Before me is Plaintiff's application for a default judgment against Defendants Parallel Bar Inc., Hamid Rashidzada, and Greg Seider. (Doc. 17.) For the reasons stated on the record at the hearing held on March 13, 2020, the application is granted.

      Plaintiff filed a summons and complaint in this action on July 30, 2019. (Docs. 1, 5–7.) Plaintiff filed certificates of service of the summons and complaint on October 8, 2019. (Docs. 13–15). Defendants failed to answer the complaint, or otherwise defend themselves in this action. On October 31, 2019, I issued an Order directing Plaintiff to seek a default judgment, or risk dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). (Doc. 16.) Plaintiff filed the instant motion for default judgment on November 6, 2019. (Doc. 17.) On January 20, 2020, I ordered Defendants Parallel Bar Inc., Hamid Rashidzada, and Greg Seider to show cause why a default judgment should not be issued. (Doc. 18.) On March 13, 2020, Defendants Parallel Bar Inc., Hamid Rashidzada, and Greg Seider failed to appear at the show cause hearing as ordered. Also on March 13, 2020, the Clerk entered certificates of default against each defendant. (Docs. 28–30.) Accordingly, it is hereby:

ORDERED that Plaintiff's application for a default judgment against Defendants Parallel Bar Inc., Hamid Rashidzada, and Greg Seider is GRANTED.

IT IS FURTHER ORDERED that this case is referred to Magistrate Judge Fox for an inquest on damages and attorneys' fees.

The Clerk of Court is respectfully directed to terminate the open motion at Document 17.

SO ORDERED.

Dated: April 28, 2020
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge