**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SID AVERY AND ASSOCIATES, INC., d/b/a
MPTV IMAGES,

                      Plaintiff,

                                                       19 **CIVIL** 7112 (VSB)

            -against-                               **DEFAULT JUDGMENT**

PARALLEL BAR INC., d/b/a THE SUMMIT
BAR, HAMID RASHIDZADA, and GREG
SEIDER,
                   Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated July 16, 2021, the Report and Recommendation is adopted in its entirety. Plaintiff's motion for damages, (Doc. 33), is GRANTED. Plaintiff is awarded (1) $750 in statutory damages; and (2) $4,714.75 in reasonable attorney's fees and costs; accordingly, this case is closed.

**DATED**: New York, New York
            July 19, 2021

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                                                    BY: _____

                                                      **Deputy Clerk**